AO 442 (Rev. 5/93) Warrant for Arrest

AUSA C. Oberg  (P-36338) (313) 226-9701
S.A. J. Shoup, FBI  (313) 237-4191  ＝ｌＤＡ 1016835

ω#0539-0923-(071-J

# United States District Court

EASTERN _____ **DISTRICT OF** _____ MICHIGAN - SD _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER:

*NEMR ALI RAHAL*

# 05-80389

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  NEMR ALI RAHAL _____
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information ✓ Complaint    Order of Court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)

AIDING AND ABETTING BANK FRAUD AND CREDIT FRAUD

in violation of Title  18  United States Code, Section(s)  1344, 1029 and 2 _____

Hon. Steven D. Pepe, _____          U.S. Magistrate Judge _____
Name of Issuing Officer                Title of Issuing Officer

_____               April 20, 2005, Detroit, Michigan
Signature of Issuing Officer           Date and Location

Bail fixed at $ _____        by    _____
                                      Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED 4-20-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 4-20-05 | SA John Robert Shup | |

AO 442 (Rev. 5/93) Warrant for Arrest