UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Criminal No. 05-80476

    Honorable Arthur J. Tarnow
    Mag. Judge Mona K. Majzoub

NEMR ALI RAHAL (D-1),

    Defendant.
_____/

**AFFIDAVIT OF PUBLICATION**

# Affidavit of Publication

IN THE MATTER OF
UNITED STATES VS. ALIRAHAL

NOTICE OF PRELIMINARY
ORDER OF FORFEITURE
This is an advertisement required by Title 21 U. S. C. 853(n).
UNITED STATES v. NEMR ALIRAHAL Criminal No. 05-80476
In the District Court of the United States for the Eastern District of Michigan, Southern Division, notice is hereby given that on February 14, 2006, a Preliminary Consent Order of Forfeiture was entered by the United States District Court forfeiting to the United States of America and its assignees interest in each of the following property:
1) $5,005.50 in United States Currency; (the subject currency). Asset I.D. No. 05-FBI-002983
Any person who wishes to assert a legal interest in the above-listed property may, within 30 days of the final publication of this notice, or of the receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of said interest. The petition shall be signed by the petitioner under the penalty of perjury and shall set forth: (1) the nature and extent of the petitioner's right, title, or interest to the above-listed property; (2) the time and circumstances of the petitioners acquisition of the right, title, and interest; and (3) any additional facts supporting the petitioner's claim, and the relief sought. The address of the Court is:
   United States District Court
   Clerk of the Court
   Eastern District of Michigan
   231 W. Lafayette
   Detroit, Michigan 48226
A copy of the petition must be served on the United States Attorney at the following address:
   United States Attorney
   ATTN: RITA E. FOLEY
   Assistant U.S. Attorney
   211 W. Fort Street, Suite 2001
   Detroit, Michigan 48226-3211
If no petitions are received within the time provided by this notice, the above-listed property will be disposed of by the United States in accordance with the applicable statutes.
(2-24)(3-10)

STATE OF MICHIGAN
COUNTY OF WAYNE}

Ann Azou being duly sworn, deposes and says that a notice, a true copy of which is annexed hereto, was published in: Detroit Legal News, a newspaper printed and circulated in said State and County, on: February 24. March 3. March 10 A.D., 2006, and that she is the principal clerk of the printers of said newspaper and knows the facts stated herein.

_____
Ann Azou

Subscribed and sworn before me this 10th day of March, A.D., 2006
_____
Christina Jacobs Notary Public Oakland County, Michigan
My Commission expires February 24, 2007
Acting in Wayne County Michigan